■ In the Matter of ROCHESTER TEACHERS' ASSOCIATION, by ADAM URBANSKI, as President, and Another, Respondent, v ROCHESTER CITY SCHOOL DISTRICT et al., Appellants. [701 NYS2d 679] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Lunn, J. (*Matter of Gannett Co. v Rochester City School Dist.*, 179 Misc 2d 502). (Appeal from Judgment of Supreme Court, Monroe County, Lunn, J.— CPLR art 78.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ. [*See,* 179 Misc 2d 502.]

■ DRAMOS I. KALAPODAS, Respondent, v ADRIANA I. KALAPODAS, Appellant. (Appeal No. 1.) [701 NYS2d 925] —Appeal unanimously dismissed without costs (*see, Matter of Ozolins* [appeal No. 2], 65 AD2d 958). (Appeal from Judgment of Supreme Court, Steuben County, Scudder, J., for Purple, Jr., J., pursuant to CPLR 9002—Matrimonial.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.